

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

MAKEDA CHARLES,

Defendant.

_____/

Case: 2:26-cr-20279
Assigned To : Leitman, Matthew F.
Referral Judge: Altman, Kimberly G.
Assign. Date : 5/13/2026
Description: IND USA V MAKEDA CHARLES (SS)

Violations:  18 U.S.C. § 115(a)(1)(B)
18 U.S.C. § 2261A(2)
18 U.S.C. § 875(c)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
18 U.S.C. § 115(a)(1)(B)
*Influencing Federal Official by Threat*

On or about January 16, 2025, and on or about March 14, 2025, the defendant, MAKEDA CHARLES, did threaten to assault and murder Adult Victim One, a special agent with the Federal Bureau of Investigation, in the Eastern District of Michigan, Southern Division, with the intent to retaliate against Adult Victim One on account of the performance of his official duties, in violation of Title 18, United States Code, Section 115.

### COUNT TWO
18 U.S.C. § 2261A(2)
*Cyberstalking*

From on or about April 18, 2026, through on or about April 21, 2026, the defendant, MAKEDA CHARLES, with intent to injure, harass, and cause substantial

1

emotional distress to a person in another state, namely, the Eastern District of Michigan, Southern Division, used facilities of interstate or foreign commerce, including electronic mail and internet websites, to engage in a course of conduct that caused substantial emotional distress to Adult Victim Two and placed Adult Victim Two in reasonable fear of death or serious bodily injury, in violation of Title 18, United States Code, Section 2261A(2).

## COUNT THREE
18 U.S.C. § 2261A(2)
*Cyberstalking*

From on or about April 19, 2026, through on or about April 21, 2026, the defendant, MAKEDA CHARLES, with intent to injure, harass, and cause substantial emotional distress to a person in another state, namely, the Eastern District of Michigan, Southern Division, used facilities of interstate or foreign commerce, including electronic mail and internet websites, to engage in a course of conduct that caused substantial emotional distress to Adult Victim Three, and placed Adult Victim Three in reasonable fear of death or serious bodily injury, in violation of Title 18, United States Code, Section 2261A(2).

## COUNT FOUR
18 U.S.C. § 875(c)
*Interstate Communications Involving Threats*

On or about April 19, 2026, the defendant, MAKEDA CHARLES, knowingly transmitted in interstate commerce to Adult Victim Four in the Eastern District of

2

Michigan, Southern Division, communications containing a threat to injure the person of another for the purpose of making a threat, with knowledge that the communications would be viewed as a threat, and with recklessness that the communication would be viewed as a threat; that is, MAKEDA CHARLES used the internet to transmit the following message to Adult Victim Four: "You're killed and financially tortured and your blood drain from your idiot sick deluded moron tiny dick brains," in violation of Title 18, United States Code, Section 875(c).

## FORFEITURE ALLEGATIONS
### 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)
### *Criminal Forfeiture*

The allegations contained in Count One through Four of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

Pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), upon conviction of any count of this Indictment, in violation of Title 18, United States Code, Section 875(c), the defendant shall forfeit to the United States his interest in any property, real or personal, which constitutes or is derived from proceeds traceable to its offense.

Forfeiture includes, but is not limited to, a personal forfeiture money judgment against the defendant, in favor of the United States, in an amount representing the

3

gross proceeds obtained by the defendant as a result of his violation of any count of this Indictment.

If any of the property described above, as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

THIS IS A TRUE BILL.

*s/ Grand Jury Foreperson*
Grand Jury Foreperson


JEROME F. GORGON JR.
United States Attorney

*s/Mark Bilkovic*
MARK BILKOVIC
Assistant United States Attorney
Chief, Violent and Major Crimes Unit

*s/Eaton P. Brown*
EATON P. BROWN
Assistant United States Attorney

*s/Garett Koger*
GARETT KOGER
Assistant United States Attorney

Dated: May 13, 2026

5

| United States District Court<br>Eastern District of Michigan | Criminal Case C | Case: 2:26–cr–20279<br>Assigned To : Leitman, Matthew F.<br>Referral Judge: Altman, Kimberly G.<br>Assign. Date : 5/13/2026<br>Description: IND USA V MAKEDA CHARLES (SS) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    ☒ No | AUSA's Initials: |

**Case Title:** USA v. Makeda CHARLES

**County where offense occurred :** Wayne

**Check One:**    ☒ Felony        ☐ Misdemeanor        ☐ Petty

\_\_\_\_Indictment/\_\_\_\_Information --- **no** prior complaint.
✓ Indictment/\_\_\_\_Information --- based upon prior complaint [**Case number:** 26-30232            ]
\_\_\_\_Indictment/\_\_\_\_Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____        **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☒ Involves, for plea purposes, different charges or adds counts.
☒ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

May 13, 2026
Date

Eaton Brown, Assistant U.S. Attorney
211 W. Fort St., Ste 2001
Detroit, MI 48226
Fax:    313-226-2311
E-Mail address: Eaton.Brown@usdoj.gov
Attorney Bar #: P66003

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.